**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **JEFFREY MONK, individually and on behalf of all other similarly situated individuals**<br>**Plaintiff**<br><br>**v.**<br><br>**ELITE LIMOUSINE SERVICE, INC., RONALD MONTROSS, DANIEL GARDELLA and STEVE SCHIANO,**<br>**Defendants** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION NO.:**<br><br>**3:13-cv-01880 (SRU)**<br><br><br><br><br>**SEPTEMBER 12, 2014** |

**PLAINTIFFS' MOTION TO PROCEED AS A COLLECTIVE ACTION**
**AND TO AUTHORIZE NOTICE TO INDIVIDUALS**
**IN THE PUTATIVE COLLECTIVE ACTION**

Pursuant to 29 U.S.C. Section 216(b), the named Plaintiff, Jeffrey Monk ("Monk") hereby moves for conditional certification of an "opt-in" collective action, the issuance of notice to all full-time limousine drivers employed by Defendants at any time within three years from the date of filing of this Motion (*i.e.*, from September 12, 2011 forward) and an Order that Defendants produce the names, last known addresses and email addresses, all as set forth in the proposed Order attached as Exhibit R to the accompanying Memorandum of Law.  Plaintiff further moves, pursuant to Local Rule 7(a)(3), for expedited consideration of this motion, as the statutes of limitations for the members of the putative collective action are running, and for an order tolling the statute of limitations for the putative class members from the date this motion was filed.

**ORAL ARGUMENT IS REQUESTED/TESTIMONY IS NOT REQUIRED**

1

Plaintiff has attached a proposed notice to the members of the putative collective action, a proposed Consent to Join to be filled out by opt-in plaintiffs and filed with the court, as exhibits to the accompanying Memorandum of Law, and a proposed Order.

Plaintiff has shown in the accompanying Memorandum of Law that he is "similarly situated" to all members of the putative collective action as required by 29 U.S.C. § 216(b). For the reasons set forth therein, Plaintiff respectfully requests that his Motion be granted.

                    Plaintiff, Jeffrey Monk, Individually and on behalf of all similarly situated individuals

By: _____/s/_____.
     Anthony J. Pantuso, III
     The Quinn Law Firm, LLC
     204 Broad Street
     Milford, CT 06460
     Fed No.: ct11638
     (203) 877-5400
     (203) 877-5416 (facsimile)
     apantuso@quinn-lawfirm.com
     Attorneys for the Plaintiff

## CERTIFICATION OF SERVICE

      I certify that on **September 12, 2014** the foregoing **Plaintiff's Motion to Proceed as a Collective Action and to Authorize Notice to Individuals in the Putative Collective Action** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing.  Parties may access this filing through the Court's CM/ECF system.

                                                                         /s/
                                                    Anthony J. Pantuso, III